WILLIAM IACULLA, Plaintiff-Appellant, *v.* THE VILLAGE OF STICKNEY, Defendant-Appellee.

(No. 58695;

First District (1st Division)—January 21, 1974.

Opinion by Mr. JUSTICE HALLETT.

Eugene Propp and David V. Schultz, both of Chicago, for appellant.

Leroy Mazurek and Querrey, Harrow, Gulanick & Kennedy, both of Chicago (John J. Corbett, of counsel), for appellee.